**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000315
15-JUL-2026
01:46 PM
Dkt. 44 ODMR**

NO. CAAP-26-0000315

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BEAU HAWKES, Plaintiff-Appellant,
v.
CHELSEA DAVIS; HAWAIʻI NEWS NOW, Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-25-0000184)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakasone, Chief Judge, Leonard and Guidry, JJ.)

Upon review of self-represented Plaintiff-Appellant Beau Hawkes's (**Hawkes**) July 10, 2026 "Motion for Reconsideration of July 10, 2026 Dismissal Order and for Relief From Default Under HRAP Rules 40 and 26(b)," which is construed as a motion for reconsideration (**Motion**), the papers in support, and the record, it appears that Hawkes fails to demonstrate a point of law or fact that the court overlooked or misapprehended in the

July 10, 2026 Order Dismissing Appeal.  <u>See</u> Hawai'i Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawai'i, July 15, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge